# HORNBERGER SHEEHAN FULLER & BEITER
INCORPORATED

MARK A. RANDOLPH
randolph@hsfblaw.com

**FILED**

JAN 25 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

January 22, 2008

Mr. William Putnicki
District Clerk
United States Courthouse
655 E. Durango
San Antonio, Texas 78206

Re: Civil Action No. SA-05-CV-1193-OG; Friedrich Air Conditioning, Co., Ltd. vs. General Electric Company, GE Energy and Industrial Services, Inc., GE Automation Services, Inc. and GE Industrial Systems Solutions, Inc.

Dear Mr. Putnicki:

Please be advised that the undersigned will be on vacation from March 13, 2008 through March 25, 2008 and June 26, 2008 through July 16, 2008. It is requested that no hearings, trials or depositions be scheduled for the above-referenced case during that time. By copy of this letter, I am advising all counsel herein of this notice.

Please file-stamp the attached copy of this letter and return it to the undersigned in the enclosed, self-addressed stamped envelope. Thank you for your assistance in this regard.

Sincerely,

Mark Randolph
Mark A. Randolph

MAR:bmw
Cc:
Mr. Kerry C. Williams
Mr. Kevin D. Jewell
Chamberlain, Krdlicka, White
  Williams & Martin, P.C.
1200 Smith Street, Suite 1400
Houston, Texas 77002

Mr. Joseph F. Cleveland, Jr.
Mr. Daniel O'Brien
Brackett & Ellis
100 Main Street
Fort Worth, Texas 76102-3090

Mr. Jesse R. Castillo
Castillo Snyder, P.C.
Bank of America Plaza, Suite 1020
300 Convent Street
San Antonio, Texas 78205

T:\32\M\ACTIVE\FRIEDRICH\Active\GE\Correspondence\vacation ltr.002.doc